TOWNSHIP OF BRIDGEWATER v. BOROUGH OF RARITAN.

November 28, 1972.  Petition for certification denied.

STATE OF NEW JERSEY v. JAMES JESSE MOTT.

November 28, 1972.  Petition for certification denied.

STATE OF NEW JERSEY v. FRED WATKINS.

November 28, 1972.  Petition for certification denied.

SHIRLEY FEIRT v. DAVID SCHULMAN.

November 28, 1972.  Petition for certification denied.

SIMMIE LANE v. UNIVERSAL STEVEDORING CO.

November 28, 1972.  Petition for certification granted.

ABRAHAM ANTHONY PRINS, JR. v.
NEW JERSEY STATE PAROLE BOARD.

November 28, 1972.  Petition for certification denied.